IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JABRIL HASSAN GARNER, #Y32973,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 21-cv-98-SMY |
| **MOHAMMED SIDDIQUI, ANGELA CRAIN, FRANK LAWRENCE, and ANTHONY WILLS,** | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty (Doc. 52), recommending the granting of Defendant, Mohammed Siddiqui's, Motion for Summary Judgment on the Issue of Plaintiff's Failure to Exhaust Administrative Remedies (Doc. 34) and dismissal without prejudice of the claim against Defendant Siddiqui. No objections have been filed to the Report. For the following reasons, Judge Beatty's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Beatty thoroughly discussed and supported his conclusions that Plaintiff has not exhausted his administrative remedies. The Court finds no clear error in Judge Beatty's

findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety. Accordingly, Defendant, Mohammed Siddiqui's, Motion for Summary Judgment on the Issue of Plaintiff's Failure to Exhaust Administrative Remedies (Doc. 34) is **GRANTED** and Plaintiff's claim against Defendant Siddiqui is dismissed without prejudice.

    **IT IS SO ORDERED.**

    DATED: September 28, 2022

**STACI M. YANDLE**
**United States District Judge**